THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Reginald
 Joyner, Appellant.
 
 
 

Appeal From Richland County
 Kenneth G. Goode, Circuit Court Judge

Unpublished Opinion No.  2007-UP-380
 Submitted September 14, 2007  Filed
 September 18, 2007

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina
 Commission, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General; and Solicitor Warren Blair Giese, all of
 Columbia; for Respondent.
 
 
 

PER CURIAM: Joyner appeals from his guilty plea to assault and
 battery with intent to kill and possession of a stolen motor vehicle, arguing
 the plea did not comply with the mandates of Boykin v. Alabama, 395 U.S.
 238 (1969).  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Joyners appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN,
 C.J., and HUFF and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.